JS-6
Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 1-28-15

DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT
JAN 28 2015
CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN VILLEDA MEJIA,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>F. FOULK, Warden,<br><br>　　　　　Respondent. | Case No. CV 13-9465-AB (RNB)<br><br>**JUDGMENT** |

　　　Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that the Amended Petition is denied and this action is dismissed with prejudice.

DATED: 1/25/15

ANDRE BIROTTE, JR.
UNITED STATES DISTRICT JUDGE